UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Karon K. Connelly,** § | |
| § | |
| Plaintiff, § | |
| VS. § | **CIVIL ACTION NO. H-03-1581** |
| § | |
| **The Texas Department of Criminal** § | |
| **Justice, John F. Fant, Cliff Roberson,** § | |
| **Rebecca Schlosser, Kenneth W. Balusek,** § | |
| **and Kenneth B. Florence,** § | |
| § | |
| Defendants. § | |

## MEMORANDUM AND ORDER

Before the Court for consideration is Defendant Texas Department of Criminal Justice's ("TDCJ") unopposed motion for leave to extend time to file reply to Plaintiff's response to Defendant TDCJ's motion for summary judgment. After due deliberation, the Court issues the following:

**IT IS ORDERED** that Defendant TDCJ's motion is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that Defendant TDCJ's reply shall be filed on or before October 19, 2005.

**SIGNED** at Houston, Texas, on this the 17th day of October, 2005.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.